■ In the Matter of STANLEY COHEN, an Attorney.—Motion for reargument and to extend effective date of suspension granted only insofar as to extend the effective date of respondent's suspension as an attorney and counselor at law in the State of New York to July 1, 1975. In all other respects the motion is denied. Concur—Markewich, J. P., Kupferman, Murphy, Tilzer and Lane, JJ.